Harold Hiram HARTNESS, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 20554.

United States Court of Appeals
Fifth Circuit.

March 20, 1964.

John M. Hancock, Jr., W. O. Cooper, Jr., Macon, Ga., for appellant.

Wilbur D. Owens, Jr., Asst. U. S. Atty., Macon, Ga., Floyd M. Buford, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM.

We have carefully considered the record in this case and find that the grounds of appeal are without merit.

The judgment of the trial court is affirmed.

Clinton McLESTER, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 7528.

United States Court of Appeals
Tenth Circuit.

March 26, 1964.

Randall B. Robinson, Denver, Colo., for appellant.

Benjamin E. Franklin, Asst. U. S. Atty. (Newell A. George, U. S. Atty., was with him on the brief), for appellee.

Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

All matters raised or suggested in this appeal were presented and conclusively decided in petitioner's former appeal. See McLester v. United States, 10 Cir., 306 F.2d 880. The judgment of the trial court is affirmed on authority of that case.

UNITED STATES of America,

v.

Harry F. WERLING and Frances C. Werling, Appellants.

No. 14541.

United States Court of Appeals
Third Circuit.

Argued March 6, 1964.

Decided March 31, 1964.

Hubert I. Teitelbaum, Pittsburgh, Pa., (Morris, Safier & Teitelbaum, Pittsburgh, Pa., on the briefs), for appellants.

Burton Berkley, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Joseph M. Howard, Atty., Dept. of Justice, Washington, D. C., Gustave Diamond, U. S. Atty., on the briefs), for appellee.

Before McLAUGHLIN and FORMAN, Circuit Judges, and LEAHY, District Judge.

PER CURIAM.

This appeal was argued thoroughly and most competently on behalf of the appellants. However, we are not sitting as triers of the fact. And, in our appellate function, we must recognize that there was sufficient evidence to necessitate submission of the case to the jury and to adequately support the jury's decision as to both defendants.

The judgments of the district court will be affirmed.